IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED FOOD & COMMERCIAL WORKERS' UNION, LOCAL NO. 293,<br><br>Plaintiff,<br><br>v.<br><br>NOAH'S ARK PROCESSORS, LLC,<br><br>Defendant. | 8:18CV466<br><br>ORDER TO<br>SHOW CAUSE |

This matter is yet again before the Court, this time on plaintiff United Food & Commercial Workers' Union, Local No. 293's ("union") "Fifth Motion for an Order to Show Cause Why Defendant Noah's Ark Processors, LLC [("Noah's Ark")] Should Not be Held in Contempt" (Filing No. 86) for violating the Court's December 20, 2019, Order (Filing No. 67). In a far-too-familiar refrain, the union reports Noah's Ark is refusing to comply with the Court's simple directive to allow the union to conduct bi-weekly orientation sessions and to "schedule no less than twenty-five persons to attend each orientation session, until the backlog is cleared."

The Court previously sanctioned Noah's Ark for "its unilateral and wholesale cancellation of the court-ordered orientation sessions without first conferring with the union or requesting relief from the Court." The union credibly claims Noah's Ark is at it again and asks the Court to consider stiffer sanctions.

In light of the foregoing,

IT IS ORDERED:

1. The union's request for an order to show cause is granted.
2. Noah's Ark shall have until July 28, 2020, to show cause why it should not be held in civil contempt and sanctioned for failing to comply with the

2

  Court's December 20, 2019, Order. The union will then have seven days to file any response.

3. Failure to comply with this order to show cause may result in sanctions without further notice.

Dated this 21st day of July 2020.

            BY THE COURT:

            *Robert F. Rossiter, Jr.*
            Robert F. Rossiter, Jr.
            United States District Judge